# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 18-40261TLH4 KKS |
| **Case Name:** | Echols, Michael C. |
| **Period Ending:** | 12/31/18 |

| | |
|---|---|
| **Trustee:** | (290720)    SHERRY CHANCELLOR |
| **Filed (f) or Converted (c):** | 05/16/18 (f) |
| **§341(a) Meeting Date:** | 06/25/18 |
| **Claims Bar Date:** | 12/14/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Wells Fargo | 300.00 | 0.00 | | 0.00 | FA |
| 3 | 2 couches, desk, table, television, stereo, vcr, | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Casual Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 3 sets of golfclubs | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Mikes Maintenance Repair LLC, 100% ownership | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2003 Dodge Pick uP, 164000 miles, Inoperable. En | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 2001 Chevy Pick up, 85,000 miles. Entire propert | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | 3 pet cats | 3.00 | 0.00 | | 0.00 | FA |
| 10 | Unlisted real property  (u)<br>    Minimum carve out of $5,000.00 possibly more.   There are two mortgages. | Unknown | 0.00 | | 0.00 | 5,000.00 |
| **10** | **Assets**        **Totals**  (Excluding unknown values) | **$6,813.00** | **$0.00** | | **$0.00** | **$5,000.00** |

**Major Activities Affecting Case Closing:**

extended discharge times to 10/24/18 and exemptions til 9/25 as well.
8/2/18 Talked to Stephen Chip with BKGlobal he's sending us some forms to sign so they can give us a better idea as to what they can do as far as a carve out so we can decide re: avoiding the transfer.

Debtor's wife to transfer property back to Debtor.  Need Contact information for tenants so a realtor can go in for BK Global.
Looking at Objection to Exemptions again.  9/12/18.  9/21/18-call to Bruner, spoke to Trey , told him need key, tenant not cooperating,
he will call debtor and get key. P.

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 18-40261TLH4 KKS |
| **Case Name:** | Echols, Michael C. |
| **Period Ending:** | 12/31/18 |

| | |
|---|---|
| **Trustee:** | (290720)  SHERRY CHANCELLOR |
| **Filed (f) or Converted (c):** | 05/16/18 (f) |
| **§341(a) Meeting Date:** | 06/25/18 |
| **Claims Bar Date:** | 12/14/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/14/19 - House is being rekeyed so that the Real Estate agent can get in and  get the property listed. DAH

UST extended time on discharge as well until Oct 24.

Objected to discharge Oct 11th as debtor said would have property transferred back for estate to sell and he never did despote repeated requests. . Send summons and check for response.  Need to sue to avoid the fradulent transfer as well.

Gave Bruner until Nov 30 to file response to adversary.  12/4/18  Answer filed to Adversary on the 30th.  Scheduling Order entered.  Getting realtor and  BK Global appointed to sell the real property.

**Initial Projected Date Of Final Report (TFR):**  August 1, 2018    **Current Projected Date Of Final Report (TFR):**  February 15, 2019