UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:                                          )
                                                )   Case No. 18-40261-KKS
Michael Echols                                  )
    Debtor                                    )

### ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327  (Doc. 37)

**THIS MATTER** having come before the Court on the matter of the Chapter 7 Trustee's Application To Retain BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. §327 (Doc. 37) and the Court after being otherwise fully advised, it is:

**ORDERED:**

1. The Application is **APPROVED.**

2. The Trustee is authorized to retain BK Global Real Estate Services, pursuant to the terms and conditions provided in the Application (Doc. 37).

**DONE AND ORDERED** this the ____22nd day of January____, 2019.

_____
**KAREN K. SPECIE**
United States Bankruptcy Judge

This Order Prepared by: Sherry F. Chancellor,

CC:   All Parties in Interest

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order